■ In the Matter of Paul Creighton against Stephen P. Kennedy, as Police Commissioner of the City of New York.— Motion to dismiss proceeding denied with leave to renew if the petitioner does not bring this proceeding on for argument at the May 1960 Term of this court. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ In the Matter of Paul Creighton against Stephen P. Kennedy, as Police Commissioner of the City of New York.— Motion to prosecute the proceeding as a poor person granted and the proceeding is directed to be heard upon the original record and upon typewritten or mimeorgraphed petitioner's points on condition that the petitioner serves one copy of the typewritten or mimeographed petitioner's points on the Corporation Counsel and files 6 typewritten or 19 mimeographed copies thereof, together with the original record,

with this court on or before March 29, 1960, with notice of argument for the May 1960 Term of this court, said proceeding to be argued or submitted when reached. Richard P. Jones, Esq., of 141 Broadway, New York, N. Y. is assigned as counsel for the petitioner for the purposes of this proceeding. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.